UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LISBETH SANCHEZ HERNANDEZ, an individual,<br><br>        Plaintiff,<br><br> v.<br><br>ARAMARK CAMPUS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 24-cv-0362-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 17)** |

  Before this Court is the parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41. (ECF No. 17.) Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation. No court order is required. *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). Nonetheless, the local civil rules of this district require that where, as here, litigants seek

voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated otherwise. (*See* ECF No. 17 (stipulating to dismissal with prejudice).)

Having considered the parties' request, the Court **GRANTS** the Joint Motion. (ECF No. 17.) Thus, the Court **DISMISSES WITH PREJUDICE** the instant action. (*Id.*) Further, the Court **ORDERS** that the parties have each waived any and all rights to appeal, that each party shall bear their own attorneys' fees and costs incurred in connection with or as a result of this action, and that no party shall be deemed the prevailing party. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: July 1, 2024**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.